IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF  Case No: C 09 80334 MISC VRW

**ORDER TO SHOW CAUSE**

Christopher Lee Diener - # 187890

_____/

It appearing that Christopher Lee Diener has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective October 9, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Christopher Lee Diener
The Diener Law Group
18881 Von Karman Ave. Fl. 16
Irvine, CA 92612