**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 09-80334 MISC VRW |

Postmark Here

Sent To: Christopher Lee Diener
Street, Apt. No., or PO Box No.: 18881 Von Karman Ave. 16th FL
City, State, ZIP+4: IRVINE, CA 92612

PS Form 3800, August 2006        See Reverse for Instructions

7008 1300 0000 9802 7830