IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Christopher Lee Diener,

State Bar No 187890

No CV 09 80334 MISC VRW

ORDER

---

On December 17, 2009, the court issued an order to show cause (OSC) why Christopher Lee Diener should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective October 9, 2009.

The OSC was mailed to Mr Diener's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

The court now orders Christopher Lee Diener removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CHRISTOPHER L. DIENER

State Bar No. 187890

_____/

Case Number: CV09-80334 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Lee Diener
18881 Von Karman Ave.,
Fl. 16
Irvine, CA 92612

Dated: March 8, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk